

# THE ATTORNEY GENERAL

## OF TEXAS

Gerald C. Mann
~~THIRTHHHHT~~
ATTORNEY GENERAL

AUSTIN, TEXAS

Mr. E. L. Angell
Assistant to the President
Agricultural and Mechanical College of Texas
College Station, Texas

Dear Sir:

Opinion No. O-4345
Re: Payment by A. & M. College of two full-time employees from a single salary item in the appropriation bill.

Your letter of March 25 states that in the appropriation bill for the current biennium there is a salary item of $1500, provided for a cataloguer in the college library, and ask the opinion of this department upon the question whether your Librarian may be permitted to employ two full-time cataloguers, both of whose salaries will be paid from this single item of $1500.

Your question is answered in the affirmative. Such, in necessary effect, is the holding in our opinion No. O-3920, copy of which is enclosed herewith for your information.

While the precise question dealt with by opinion No. O-3920, was whether an item of appropriation for a particular position might be converted into two half-time, or two or more part-time positions, nevertheless, the gist of what was decided in that opinion is necessarily that a particular position provided for in the appropriation bill need not be filled by a single person, but may be filled by two or more persons, in accordance with the needs of the institution.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ R. W. Fairchild
R. W. Fairchild
Assistant

APPROVED APR. 10, 1942
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY BWB, Chairman

RWF:AMM:jrb